KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

KESLIE STEWART (CSBN 184090)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6962

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0265-MHP |
|    Plaintiff, ) | |
| v. ) | STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF MICHAEL WHALEN'S SENTENCING DATE |
| MICHAEL WHALEN, ET AL. ) | |
|    Defendant. ) | |

STIP. RE CONTINUANCE

CR 06-0265-MHP

1  This matter is currently scheduled for sentencing on October 23, 2006. The Probation
2  Officer has a conflict on this date and asked that the matter be put over one week. Having no
3  objection, the undersigned parties hereby stipulate and jointly request that Michael Whalen's
4  sentencing be continued to October 30, 2006 or as soon thereafter as the Court is available.

SO STIPULATED.

          KEVIN V. RYAN
          United States Attorney

Dated: August 24, 2006         /s/
          KESLIE STEWART
          Assistant United States Attorney

Dated: August 23, 2006         /s/
          ED SWANSON
          Attorney for Defendant

SO ORDERED.

Dated: August 28, 2006

IT IS SO ORDERED
Judge Marilyn H. Patel

STIP. RE CONTINUANCE

CR 06-0265-MHP