1   Edward W. Swanson SBN 159859
    SWANSON, McNAMARA & HALLER LLP
2   300 Montgomery Street, Suite 1100
    San Francisco, California 94104
3   Telephone: (415) 477-3800
    Facsimile: (415) 477-9010
4
    Attorney for MICHAEL WHALEN
5

6

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              Case No. CR-06-0265 MHP

12              Plaintiff,                   ~~[PROPOSED]~~ ORDER PERMITTING
                                             TRAVEL
13        vs.

14   MICHAEL WHALEN, et al.,

15              Defendants.

16
          At the request of defense counsel, and good cause appearing therefor, the Court orders that
17
     Michael Whalen be permitted to travel outside of the Southern District of Texas on the following
18
     dates:
19                          16                    19      PHOENIX, ARIZONA.
          1.    November ~~8~~, 2006 through November ~~5~~, 2006 to ~~Louisville, Kentucky~~.
20
          2.    November 9, 2006 through November 12, 2006 to Dallas, Texas..
21
          3.    November 22, 2006 through November 26, 2006 to Dallas, Texas.
22                                                              STEAMBOAT, COLORADO.
          4.    November 30, 2006 through December 3, 2006 to ~~Chicago, Illinois~~.
23
          5.    December 21, 2006 through December 25, 2006 to Dallas, Texas.
24
     IT IS SO ORDERED.
25

26
     DATED: Oct 30, 2006
27                                        _____
                                          MARILYN HALL PATEL
28                                        United States District Court

FILED

OCT 3 0 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA