Edward W. Swanson SBN 159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for MICHAEL WHALEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>          vs.<br><br>MICHAEL WHALEN, *et al.,*<br><br>                     Defendants. | Case No. CR-06-0265 MHP<br><br>**REQUEST AND [PROPOSED] ORDER TO PERMIT TRAVEL** |

**STIPULATION**

Defendant Michael Whalen, by and through his counsel, Edward W. Swanson, hereby declares:

1. On November 2, 2006, this Court sentenced defendant Michael Whalen to probation for a term of three years.

2. One of the standard conditions of probation is that Mr. Whalen shall not leave the judicial district without the permission of the Court or probation officer.

3. Mr. Whalen hereby requests permission to travel to the Bahamas from July 11, 2007 to July 15, 2007.

4. Probation Officer Kathleen Lee has no objection to the proposed travel on the condition that she is provided with a copy of Mr. Whalen's itinerary for the trip.

///

///

///

5. Assistant Unites States Attorney Keslie Stewart has no objection to the proposed travel.

DATED: April 25, 2007

/s/
Edward W. Swanson
Swanson, McNamara & Haller LLP
Counsel for Defendant Michael Whalen

## ORDER

At the request of defense counsel, and good cause appearing therefor, the Court orders that Michael Whalen be permitted to travel to the Bahamas from July 11, 2007 to July 15, 2007.

IT IS SO ORDERED.

DATED: 5/9/2007

IT IS SO ORDERED
Judge Marilyn H. Patel

2