**ORIGINAL**

Edward W. Swanson SBN 159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for MICHAEL WHALEN

**RECEIVED**

SEP 15 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL WHALEN, et al.,<br><br>Defendants. | Case No. CR-06-0265 MHP<br><br>STIPULATION AND [PROPOSED] ORDER PERMITTING TRAVEL |

## STIPULATION

IT IS HEREBY STIPULATED between the plaintiff, through its counsel Assistant United States Attorney Keslie Stewart, and defendant Michael Whalen, through his counsel Edward Swanson, that Michael Whalen shall be permitted to travel to Cabo San Lucas, Mexico from Friday, December 5, 2008 through Monday, December 8, 2008. United States Probation Officer Kathleen Lee, who supervises Mr. Whalen, has no objection to this request. Mr. Whalen shall provide a complete itinerary of his intended travel to the Probation Office prior to leaving.

DATED: 9/13/08

_____
KESLIE STEWART
Assistant United States Attorney

DATED: 9/15/08

_____
EDWARD SWANSON
Counsel for MICHAEL WHALEN

## ORDER

Good cause having been shown, it is HEREBY ORDERED that Michael Whalen shall be permitted to travel to Cabo San Lucas, Mexico from Friday, December 5, 2008 to Monday, December 8, 2008. Mr. Whalen shall supply the Probation Office with a complete itinerary prior to departure.

DATED: 9/19/08

MARILYN HALL PATEL
United States District Court

*United States v. Michael Whalen*, CR 06-0265 MHP
Stipulation and [Proposed] Order Permitting Travel        2