Edward W. Swanson SBN 159859
SWANSON, McNAMARA & HALLER LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for MICHAEL WHALEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL WHALEN, *et al.,*<br><br>Defendants. | Case No. CR-06-0265 MHP<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER PERMITTING TRAVEL** |

## STIPULATION

IT IS HEREBY STIPULATED between the plaintiff, through its counsel Assistant United States Attorney Keslie Stewart, and defendant Michael Whalen, through his counsel Edward Swanson, that Michael Whalen shall be permitted to travel to Cabo San Lucas, Mexico from Thursday, February 5, 2009 through Monday, February 9, 2009. United States Probation Officer Kathleen Lee, who supervises Mr. Whalen, has no objection to this request. Mr. Whalen shall provide a complete itinerary of his intended travel to the Probation Office prior to leaving.

DATED: January 6, 2009                       / s /
                                             KESLIE STEWART
                                             Assistant United States Attorney


DATED: January 6, 2009                       / s /
                                             EDWARD SWANSON
                                             Counsel for MICHAEL WHALEN

**ORDER**

1  Good cause having been shown, it is HEREBY ORDERED that Michael Whalen shall be
2 permitted to travel to Cabo San Lucas, Mexico from Thursday, February 5, 2009 to Monday,
3 February 9, 2009.  Mr. Whalen shall supply the Probation Office with a complete itinerary prior to
4 departure.

7 DATED: 1/8/2009   _____
8                   MARILYN HALL PATEL
                  United States District Judge



*United States v. Michael Whalen*, CR 06-0265 MHP
Stipulation and [Proposed] Order Permitting Travel        2